Joseph T. Sulzbach, an Infant, by Joseph F. Sulzbach, His Guardian ad Litem, Respondent, v. Christina A. Siry, Appellant.— Order unani-

mously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.